AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

THOMAS MASON

V.

KOVITZ SHIFRIN NESBIT, a Professional Corporation; and LIEBERMAN MANAGEMENT SERVICES, INC.

CASE NUMBER: 1:15-cv-01786

ASSIGNED JUDGE: Hon. Edmond E. Chang

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Lieberman Management Services, Inc.
c/o Thomas C. Homburger, as Registered Agent
70 West Madison Street, Suite 3100
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew H. Hector
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK



DATE: March 3, 2015

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1]) | |
| NAME OF SERVER (PRINT) Michael Costanza | TITLE Process Server / Agent  117.001339 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED: LINDA HAMILTON @ 1000 HRS.
70 WEST MADISON STREET SUITE 3100
CHICAGO, IL 60602
1:15-CV-01786

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05 MARCH 2015          *signature*
                Date                          Signature of Server

R.O.S. Consulting, Inc.  IL # 117.001339
15420 S. Route 59, Suite 108, Plainfield, IL 60544
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.